Filed: 12/2/2015 1:55:06 PM
Jamie Freeze Land
District Clerk
Young County, Texas

Jamie Land

## CAUSE NO. 32591

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE DISTRICT COURT |
| THE MARRIAGE OF | § | 2nd COURT OF APPEALS |
| | § | FORT WORTH, TEXAS |
| BYRON WALKER | § | 12/04/2015 10:06:56 AM |
| AND | § | 90TH JUDICIAL DISTRICT |
| SHERYL WALKER | § | DEBRA SPISAK Clerk |
| | § | |
| AND IN THE INTEREST OF | § | |
| C.L.W., A CHILD | § | YOUNG COUNTY, TEXAS |

2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/04/2015 10:06:56 AM
DEBRA SPISAK
Clerk

### BYRON WALKER'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

Petitioner, Byron Walker, party to this case, files this Notice of Appeal seeking to alter the trial court's rulings on Respondent's Motion for Summary Judgment, Petitioner's First Motion to Continue Sheryl Walker's Motion for Summary Judgment, and Petitioner's Objections to Summary Judgment Evidence and any associated rulings.

The trial court, trial court case number, and style of this matter are shown in the above caption.

The orders that Petitioner is appealing were signed on September 9, 2015.

Byron Walker desires to appeal the Final Summary Judgment and any associated orders, including but not limited to the Order Denying Motion for Continuance, Extending Discovery Deadlines, and Granting Leave for Response and the Order on Byron Walker's Objections to Sheryl Walker's Summary Judgment Evidence and Response to Sheryl Walker's Motion for Summary Judgment.

This appeal is being made to the Second Court of Appeals in Fort Worth, Texas.

BYRON WALKER'S NOTICE OF APPEAL – PAGE 1 OF 2

Respectfully submitted,

Lovelace Killen, PLLC


By:    /s/ Jennifer L. Lovelace
      Jennifer L. Lovelace
      Texas Bar No. 24051110
      jlovelace@lovelacekillen.com
      W. Cade Lovelace
      Texas Bar No. 24050956
      clovelace@lovelacekillen.com

      100 E. 15th Street, Suite 350
      Fort Worth, Texas 76102
      Tel. (817) 953-9656
      Fax. (817) 385-6656

      **ATTORNEYS FOR PETITIONER**
      **BYRON WALKER**


## CERTIFICATE OF SERVICE

I certify that on December 2, 2015, a true and correct copy of Byron Walker's Notice of Appeal was served in the following manner on the persons named below in accordance with the Texas Rules of Civil and Appellate Procedure.

Kerwin B. Stephens
STEPHENS & MYERS, L.L.P.
515 Fourth Street
Graham, Texas 76450
*Attorney for Respondent*

*Via Electronic Service*
*(lawoffice@stephensandmyers.com)*

I certify that on December 2, 2015, a copy has also been provided to the Second Court of Appeals in Fort Worth Texas.


      /s/ Jennifer L. Lovelace
      Jennifer L. Lovelace

NO. 32591

| | | |
|---|---|---|
| IN THE MATTER OF THE MARRIAGE OF | § § § | IN THE DISTRICT COURT |
| BYRON EARL WALKER AND SHERYL LEE WALKER | § § § § § | 90TH JUDICIAL DISTRICT YOUNG COUNTY, TEXAS |

## FINAL SUMMARY JUDGMENT

On the 29th day of May, 2015, came on to be heard *Respondent's Motion for Summary Judgment*; and came all parties by and through their attorneys of record; and the Court, having considered the motion, Petitioner's response, Respondent's reply, Petitioner's sur-reply, the summary judgment evidence, and the arguments of counsel, is of the opinion, and so finds, that the motion should be granted; and it is therefore

**ORDERED, ADJUDGED and DECREED** that *Respondent's Motion for Summary Judgment* be, and the same is in all things **GRANTED**; and it is further

**ORDERED, ADJUDGED and DECREED** that Petitioner's bill of review be, and the same is, in all things **DENIED**; and it is further

**ORDERED** that all costs of Court incurred in this cause are hereby taxed against Petitioner Byron Walker, for which costs let execution issue if not timely paid.

This is a final, appealable judgment. All relief not expressly granted herein is hereby denied.

SIGNED on this 9th day of September, 2015.

_____
JUDGE PRESIDING